# **EXHIBIT 1**

Photo D40-6131



Photo D40-6179



Photo D40-6191



Photo D40-3120



Photo D40-3355



Photo D40-3400

